424 A.2d 497

Ahmed SALVADOR, Appellant,

v.

ATLANTIC STEEL BOILER COMPANY, I. H. English of Philadelphia, Inc., Irwin H. English Company, Walter K. Mueller and Julia M. Mueller, his wife,

and

United Machine & Tool Company, Walter K. Mueller and Julia M. Mueller, his wife, and McKelvey Bros.

Supreme Court of Pennsylvania.

Argued Oct. 22, 1980.

Decided Jan. 27, 1981.

Carl M. Mazzocone, Philadelphia, for appellant.

Charles W. Craven, Philadelphia, for appellee, I. H. English, et al.

Ronald H. Sherr, Philadelphia, for appellee, Walter K. Mueller, et al.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Order of the Superior Court is affirmed.